IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 15-cv-00742

| | |
|---|---|
| CARRIE HUTSON, JEANNA SIMMONS, JENIFER SWANNER, INDIVIDUALLY AND AS CLASS REPRESENTATIVES, <br><br> Plaintiffs, <br><br> v. <br><br> CAH ACQUISITION COMPANY 10, LLC d/b/a YADKIN VALLEY COMMUNITY HOSPITAL; HMC/CAH CONSOLIDATED, INC.; and RURAL COMMUNITY HOSPITALS OF AMERICA, LLC, <br><br> Defendants. | **CONSENT MOTION FOR PROTECTIVE ORDER** |

___

NOW COME Plaintiffs Carrie Hutson, Jeanna Simmons, and Jenifer Swanner ("Named Plaintiffs"), with consent of Defendants, and for good cause, move this Court for a Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to maintain the confidentiality of proprietary business or financial information regarding Defendants, employment-related personnel information on individual parties or nonparties, and private financial and personal information on individual parties and nonparties. The parties seek to limit the use of the information and documents to protect themselves from annoyance and potential embarrassment as well as to maintain the confidentiality of such information, as stated in the proposed Protective Order submitted with this motion.

WHEREFORE, the Named Plaintiffs, with consent of Defendants, move for the court to enter the proposed Protective Order submitted for consideration.

This the 17th day of March, 2016.

Taibi Kornbluth Law Group, P.A.

/s/ Michael A. Kornbluth
Michael A. Kornbluth
Attorney for Plaintiff
N.C. State Bar No. 27928
3100 Tower Blvd., Suite 800
Durham, NC 27707
Telephone: (919) 401-4100
Fax: (919) 401-4104

Zachary Law Offices

/s/ Lee Zachary
Lee Zachary
Attorney for Plaintiff
N.C. State Bar No. 6941
P.O. Box 1780
Yadkinville, NC 27055
Telephone: (336) 677-1777
Fax: (336) 677-1778

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date filed the foregoing *Consent Motion for Protective Order* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> John J. Doyle, Jr.
> Constangy, Brooks, Smith, Prophete, LLP
> 100 North Cherry Street, Ste. 300
> Winston-Salem, NC 27101

This the 17th day of March, 2016.

**Taibi Kornbluth Law Group, P.A.**

/s/ Michael A. Kornbluth
Michael A. Kornbluth
Attorney for Plaintiff
N.C. State Bar No. 27928
3100 Tower Blvd., Suite 800
Durham, NC 27707
Telephone: (919) 401-4100
Fax: (919) 401-4104